No. 1096. SMITH *v.* JEFFERSON COUNTY ET AL. March 31, 1947. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C. § 344 (c), certiorari is denied. *Benj. E. Pierce* for appellant. *James M. Hull* for appellees.